

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00337-CV

| | | |
|---|---|---|
| IN RE STATE FARM LLOYDS, Relator | § | Original Proceeding |
| | § | 17th District Court of Tarrant County, Texas |
| | § | Trial Court No. 017-315960-20 |
| | § | December 9, 2021 |
| | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted in part. Accordingly, we conditionally grant the writ of mandamus in part and direct the trial court to vacate the parts of its September 27, 2021 order denying State Farm's motion to quash as to Questions 7, 9, and 12, without prejudice to the entry of an amended order allowing similar questions more appropriately limited in scope.

We deny the Emergency Motion for Temporary Relief as moot.

It is further ordered that each party shall bear their own costs of this original proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth